JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER TYRONE THORNTON, | Case No.  CV 15-05106-ODW (DTB) |
| Petitioner, | **J U D G M E N T** |
| vs. | |
| W. L. MONTGOMERY, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: January 4, 2017

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

1